No. 663. Grant *v.* Glynn Canning Co. et al. Motion submitted February 24, 1930. Decided March 3, 1930. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction upon the authority of § 237 (a) of the Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) of the Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 938), certiorari

is denied. The motion for leave to proceed further herein *in forma pauperis* is therefore also denied. *Mr. Virgil E. Adam* for appellant. No appearance for appellees.